## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRYSTAL QUEEN, Individually and on Behalf of Others Similarly Situated,  Plaintiff, v. FOREMOST INSURANCE COMPANY,  Defendant. | * CIVIL ACTION NO. 23-cv-00522 * * JUDGE: HON. JAY C. ZAINEY * * MAG.: HON. DONNA PHILLIPS * CURRAULT * * * |

*************************************************************************

### DEFENDANT FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN'S MOTION TO DISMISS COMPLAINT

Defendant Foremost Insurance Company Grand Rapids, Michigan ("Foremost"), pursuant to Fed. R. Civ. P. 12(b)(1) and (6), hereby moves this Court for an order dismissing the Complaint (Rec. Doc. 1) in its entirety. The reasons for granting the Motion to Dismiss are set forth in the accompanying Memorandum in Support.

WHEREFORE, Foremost respectfully requests that this action be dismissed in its entirety, including with prejudice as to Plaintiff's individual claims.

**AKERMAN LLP**

/s/ _Brent C. Wyatt_____
BRENT C. WYATT (T.A., Bar No. 25308)
201 St. Charles Avenue
Suite 2500
New Orleans, LA, 70170
Telephone: (504) 586-1241
Fax:  (504) 584-9142
Email: brent.wyatt@akerman.com

Marcy Levine Aldrich (admitted *pro hac vice*)
Bryan T. West (admitted *pro hac vice*)
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131

1

Telephone: 305-374-5600
Facsimile: 305-374-5095
marcy.aldrich@akerman.com
bryan.west@akerman.com

*Attorneys for Foremost Insurance Company Grand Rapids, Michigan*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, I electronically filed the foregoing pleading with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. Service on all registered CM/ECF users will be accomplished by the CM/ECF system.

/s/ Brent C. Wyatt