UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRYSTAL QUEEN** | **CIVIL ACTION NO: 23-CV-522** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **FOREMOST INSURANCE COMPANY** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## ORDER

Plaintiff Crystal Queen filed a Notice of Dismissal Without Prejudice (Record Document 26) as to all claims in this case.

Accordingly, **IT IS ORDERED** that all remaining claims be **DISMISSED WITHOUT PREJUDICE**. The Clerk's Office is directed to close the case.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 14th day of June, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**